<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2362**

———————————

JOSEPH JOHNSON, JR.,

Plaintiff - Appellant,

versus

CHARLES LEWIS KING,

Defendant - Appellee.

———————————

**No. 00-7610**

———————————

JOSEPH JOHNSON, JR.,

Plaintiff - Appellant,

versus

CHARLES LEWIS KING,

Defendant - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge; Albert V. Bryan, Senior District Judge. (CA-97-1532, CA-98-1368-A)

———————————

Submitted:  March 22, 2001          Decided:  March 27, 2001

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph Johnson, Jr., Appellant Pro Se. Charles Lewis King, Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., appeals the district court's orders denying his post-judgment motions filed in his civil actions. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we dismiss the appeals as frivolous on the reasoning of the district court. Johnson v. King, Nos. CA-97-1532; CA-98-1368-A (E.D. Va. Oct. 3, 2000; Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2